Name: Trosper, Patricia Ann
Address: 562 W 200N Apt I
Telephone: Salt Lake City, Utah 84116
801-548-2003

RECEIVED US Dist Court-UT
AUG 12 '21 PM04:06

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## ___Central___ DIVISION

| | |
|---|---|
| Trosper, Patricia Ann <br><br> _____ <br> (Full Name) <br> **PLAINTIFF** <br><br> vs. <br> State of Utah <br> _____ <br> Public Defender; Falcone Nick <br> _____ <br> State Prosecutor; Paulos Emily <br> _____ <br> Officer Nelson Jeffrey David 73M <br> _____ <br><br> **DEFENDANTS** | **CIVIL RIGHTS COMPLAINT** <br> (42 U.S.C §1983, §1985) <br><br> Case: 2:21-cv-00489 <br> Assigned To : Bennett, Jared C. <br> Assign. Date : 8/12/2021 <br> Description: Trosper v State of Utah et al |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ✔ 42 U.S.C. §1983
   b. ☐ 42 U.S.C. §1985
   c. ☐ Other (Please Specify) _____

2. NAME OF PLAINTIFF ___Trosper, Patricia Ann___
   IS A CITIZEN OF THE STATE OF ___Utah___

   PRESENT MAILING ADDRESS: ___562 West 200 North Apt I___
   ___Salt Lake City, Utah 84116___

3. NAME OF FIRST DEFENDANT __State of Utah__
   IS A CITIZEN OF __Salt Lake City, Utah__
   (City and State)

   IS EMPLOYED AS _____ at __DA Office__ .
   (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [✔]  NO [ ]   If your answer is "YES" briefly explain.
   With holding evidence, denied Due Process, no investigation.

   _____

4. NAME OF SECOND DEFENDANT __Falcone Nick__
   (If applicable)
   IS A CITIZEN OF __Salt Lake City, Utah__
   (City and State)

   IS EMPLOYED AS __Public Defender__ at __Public Defender Office__ .
   (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [✔]  NO [ ]   If your answer is "YES" briefly explain.
   Denied Trial, No Investigation, or Due Process.

   _____

5. NAME OF THIRD DEFENDANT __Paulos Emilly__
   (If applicable)
   IS A CITIZEN OF __Salt Lake City, Utah__
   (City and State)

   IS EMPLOYED AS __State Presecutor__ at __District Atty Office__ .
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [✔] NO [ ]   If your answer is "YES" briefly explain.
Continuence of Court Proceedings, denied Investigation, or Due Process

6. NAME OF FOURTH DEFENDANT Nelson Jeffrey David 73M
   (If applicable)

   IS A CITIZEN OF Salt Lake City, Utah
   (city and State)

   IS EMPLOYED AS Police Officer at Millcreek Police Dept.
   (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [✔] NO [ ]   If your answer is "YES" briefly explain.
   Police Misconduct, False Arrest, and Obstruction of Justice

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.
   My Constitunal, and Civil Rights denied.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: 18 U.S. Code $ 242 Color of Law

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   Denied Trial, No Investigation, or Due Process.

   b. (1) Count II: Title 18, U.S. C., Section 245 Federally Protected Activities

   (2) Supporting Facts: Racially Profiled

   c. (1) Count III: Title 42, U.S.C., Section 14141 False Arrest

  (2) Supporting Facts: **Police Misconduct**

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?
   Emotionally disstressed, depression, anxiety. Loss of four years of my life.

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES [ ] / NO [✔]. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

    b. Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: Appeals Denied, Denied Due Process was raised.

e. When did you file the lawsuit?  03  May  2019
                                   Date Month Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES [ ] / NO [✔]. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:
Justice, my full name cleared, full compensation of loss of life for the heartache, and suffering caused by false accusations.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  Salt Lake City, Utah  on  08/11  20 21 .
             (Location)                  (Date)

*[Signature: Katricia Trosper]*
Signature