FILED
2021 DEC 10 PM 3:11
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **PATRICIA ANN TROSPER,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF UTAH, et al.,**<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00489-JCB<br><br><br>Magistrate Judge Jared C. Bennett |

IT IS ORDERED AND ADJUDGED that Plaintiff's Amended Complaint is dismissed with prejudice. This action is dismissed in its entirety.

DATED December 10, 2021.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge